IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DAVID KEITH WILLIS,                    )
                                       )
                Plaintiff,             )
                                       )
        v.                             )        1:25CV624
                                       )
JUDGE TODD SPONSELLER, et al.,         )
                                       )
                Defendants.            )

## ORDER

On August 21, 2025, the Order and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Plaintiff objected to the Recommendation. (Doc. 7.)

The court has reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's claims against Judge Todd Sponseller and against the Franklin County Prothonotary's Office are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

IT IS FURTHER ORDERED that Plaintiff's claims against Laura Willis are DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

/s/   Thomas D. Schroeder
United States District Judge

January 13, 2026